01-15-00983-CR

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/23/2015 9:33:23 AM
CHRISTOPHER A. PRINE
Clerk

November 10, 2015

ANN LEE MOSELEY
ATTORNEY OF RECORD
2002 TIMBERLOCH, SUITE 200
THE WOODLANDS, TX 77380

Defendant's Name: RUBEN ZAMORA, JR.

Cause No: 1411149

Court: 178TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 11/02/2015
**Sentence Imposed Date:** 11/02/2015
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** ANNLEE MOSELEY
Pauper's Oath 11/04/2015

Sincerely,

/S/ Naomi Salinas
Criminal Post Trial Deputy

CC: Devon Anderson
    District Attorney
    Appellate Division
    Harris County, Texas

BONNIE RODRIGUEZ (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas  77210-4651

Cause No. **14//149**



## THE STATE OF TEXAS

_Ruben Zamora, Jr._ , A/K/A/ _____
V.

_178_ District Court / County Criminal Court at Law No. _____

Harris County, Texas

### NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

On ~~10/30/15~~ Nov 2 2015 (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☑ **MOVES** to withdraw.
☐ **ADVISES** the court that he will **CONTINUE** to represent the defendant on appeal.

~~10/30/15~~ 11-2-2015
**Date**

_Ruben Zamora, Jr._
**Defendant (Printed name)**

_Cheryl E. Irvin_
**Attorney (Signature)**

_Cheryl E. Irvin_
**Attorney (Printed name)**

_10419500_
**State Bar Number**

_917 Franklin St Ste 900_  Houston, TX 77002
**Address**

_713-222-7200_
**Telephone Number**

The defendant (check all that apply):

☑ **REPRESENTS** to the court that he is presently **INDIGENT** and **ASKS** the court to immediately **APPOINT** appellate counsel to represent him.

☑ **ASKS** the Court to **ORDER** that a free record be provided to him.

☐ **ASKS** the court to set **BAIL**.

Accordingly, Appellant **ASKS** the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

_Ruben Zamora Jr_
**Defendant (Signature)**

_Ruben Zamora, Jr._
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON _NOV -2 2015_

By Deputy District Clerk of Harris County, Texas _Nadia M_

# ORDER

On __11/02/15__ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ IS NOT indigent at this time.

☑ IS indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☑ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☑ Counsel's motion to withdraw is **GRANTED** / **DENIED**.

☐ Defendant / appellant's motion (to be found indigent) is **DENIED**.

☑ Defendant's / appellant's motion is **GRANTED** and

    ☑ _____(attorney's name & bar card number)
is **APPOINTED** to represent defendant / appellant on appeal.

    ☑ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

☐ SET at $ _____ .

☐ TO CONTINUE as presently set.

☑ DENIED and is SET at NO BOND. (Felony Only)

DATE SIGNED: __11/02/15__

_____
JUDGE PRESIDING,
178th DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS

 

Cause No. 1411149

THE STATE OF TEXAS

v.

Ruben Zamora, JR , Defendant

IN THE 178th DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- [X] is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- [ ] the defendant has waived the right of appeal.

_____        NOV - 2 2015
Judge                                   _____
                                        Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____Ruben Zamora_____        _____Cherly Irvin_____
Defendant                          Defendant's Counsel

**FILED**
Mailing Address: Chris Daniel       State Bar of Texas ID number: 10419500
                 District Clerk
Telephone number NOV - 2 2015       Mailing Address: 917 Franklin Ste 900
                                                     Houston, TX 77002
Fax number (if any) Harris County, Texas   Telephone number: 713-222-7200
          By_____            Fax number (if any): _____
              Deputy

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

# PAUPER'S OATH ON APPEAL

CAUSE NO.: 1411149

OFFENSE: Burg Habit

THE STATE OF TEXAS

178 DISTRICT COURT

VS.

OF

Ruben Zamora

**FILED**
Chris Daniel
District Clerk

HARRIS COUNTY, TEXAS NOV - 4 2015

Time:_____ Harris County, Texas

By_____ Deputy

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Ruben Zamora, defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

☑ Appoint appellate counsel to represent him.

☑ Asks the court to order that a free record be provided to him.

In Custody
**DEFENDANT**

SUBSCRIBED AND SWORN to before me, this _____ day of **NOV - 4 2015** A.D., 20 _____.

DEPUTY DISTRICT CLERK
DISTRICT COURT
HARRIS COUNTY, TEXAS

## ORDER

On Oct. 30, 2015 the court conducted a hearing and found that the defendant is indigent.

☑ The court orders that Attorney, Ann Lee Mosley is appointed to represent defendant/appellant on appeal.

☐ Harris County Public Defender's Office (HCPD) is **APPOINTED** to represent defendant/appellant on appeal. Assistant Public Defender Assigned by HCPD _____
Bar Card Number_____ SPN Number _____

☑ The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter: _____, by certified mail return receipt requested.

JUDGE PRESIDING
178F DISTRICT COURT
HARRIS COUNTY, TEXAS

## OATH OF APPOINTED ATTORNEY ON APPEAL

I, Annlee Moseley, Attorney at Law, swear or affirm to the court that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to perform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

ATTORNEY (SIGNATURE)

SPN NUMBER: 01703051

ADDRESS: 2002 Timberloch #200

CITY The Woodlands STATE TX ZIP 77380

PHONE: 832 259 4637

FAX NUMBER

EMAIL ADDRESS: annleemoseley@gmail.com

SWORN TO AND SUBSCRIBED BEFORE ME ON **NOV - 4 2015**

DEPUTY DISTRICT CLERK (SIGNATURE)

# APPEAL CARD

Due: 1-1-16    1st

Court __178th__    Cause No __141149__

## The State of Texas

### Vs

__Ruben Zamora__

Date Notice
Of Appeal: __11-2-15__
__11/2/15__

Presentation: _____ Vol. ____ Pg. ____

Judgment: _____ Vol. ____ Pg. ____

Judge Presiding __David Mendoza__
Court Reporter __Bonnie Rodriguez__
Court Reporter _____
Court Reporter _____

Attorney
on Trial __Cheryl Irvin__

Attorney
on Appeal __To be determined__

Appointed __X__ Hired _____

Offense __Burglary__

Jury Trial:    Yes __X__ No _____

Punishment
Assessed __25 yrs toC__

Companion Cases
(If Known) _____

Amount of
Appeal Bond __$0__

Appellant
Confined:    Yes __✓__ No _____

Date Submitted
To Appeal Section __NOV - 2 2015__

Deputy Clerk __Maria M.__

996.

Notice of Appeal Card Rev. 9/84